JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SCOTT COSTELLO, | ) | No. SA CV 08-00883-ABC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SCRIBNER, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

    **IT IS ADJUDGED** that the Petition is dismissed with prejudice.

*Audrey B. Collins*

DATED: June 17, 2009

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE